1
2
3                                                              O
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       CENTRAL DISTRICT OF CALIFORNIA
10
11   LAZARO SANCHEZ CASTRO,           )   Case No. CV 11-5766-DMG (OP)
                                      )
12                  Petitioner,       )   ORDER ACCEPTING FINDINGS,
             v.                       )   CONCLUSIONS, AND
13                                    )   RECOMMENDATIONS OF
                                      )   UNITED STATES MAGISTRATE
14   R. HARRINGTON, Warden,           )   JUDGE
                                      )
15                                    )
                    Respondent.       )
16   ─────────────────────────────────)

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on
18   file, the Report and Recommendation of the United States Magistrate Judge, and
19   Petitioner's Objections thereto. The Court has engaged in a de novo review of those
20   portions of the Report and Recommendation to which Petitioner has objected. The
21   Court accepts the findings and recommendations of the Magistrate Judge,
22   / / /
23   / / /
24   / / /
25
26
27
28

1  IT IS ORDERED that Judgment be entered: (1) accepting this Report and
2  Recommendation; and (2) directing that Judgment be entered denying the Petition and
3  dismissing this action with prejudice.

6  DATED: June 21, 2013

                                            DOLLY M. GEE
                                            United States District Judge