JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARO SANCHEZ CASTRO, ) | Case No. CV 11-5766-DMG (OP) |
| ) | |
| Petitioner, ) | J U D G M E N T |
| v. ) | |
| ) | |
| R. HARRINGTON, Warden, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 21, 2013

DOLLY M. GEE
United States District Judge